JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN HINES, | ) | Case No. CV 12-6297-DDP (OP) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| E. VALENSUELA, Warden, | ) ) | |
| Respondent. | ) ) | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:  10-12-12

_____
HONORABLE DEAN D. PREGERSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge